FILED by KZ D.C.
ELECTRONIC

Aug 10, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80150-CR-RYSKAMP/HOPKINS

18 U.S.C. § 922(a)(1)(A)

UNITED STATES OF AMERICA

v.

JOSE ANTONIO QUINTANA,

        Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

Beginning at least as early as November 2008, the exact date being unknown, and continuing through on or about July 7, 2012, in Palm Beach and Broward Counties in the Southern District of Florida and elsewhere, the defendant,

**JOSE ANTONIO QUINTANA,**

did willfully engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D).

## CRIMINAL FORFEITURE

Upon conviction of the violation alleged in this Information, the defendant **JOSE ANTONIO QUINTANA,** shall forfeit to the United States any firearm or ammunition involved in or used in said violation, including, but not limited to, the following:

(A)  90 Rifles:

| QUANTITY | MANUFACTURE |
|---|---|
| 1 | 74U, LLC., |
| 1 | Arsenal Company, Bulgaria |
| 1 | Beretta |
| 1 | Browning |
| 1 | Brescia Armas |
| 7 | Bushmaster Firearms |
| 4 | Century Arms International |
| 4 | Colt |
| 1 | DC Industries |
| 2 | DSA, Incorporated |
| 1 | Federal Laboratories |
| 2 | FN Herstal (F.N.) |
| 1 | FNH USA, LLC., |
| 2 | Heckler and Koch |
| 1 | Israel Weapons Industries |

| (A) RIFLES CONTINUED | |
|---|---|
| QUANTITY | MANUFACTURE |
| 2 | ITM Arms Co., |
| 2 | Izhmash (IMEZ) |
| 8 | Marlin Firearms Company |
| 3 | Microtech Small Arms Research |
| 1 | Norinco |
| 1 | Olympic Arms, Incorporated |
| 5 | Remington Arms Company |
| 2 | Rock River Arms, Incorporated |
| 1 | Roggio Arsenal |
| 1 | Romarm Cugir |
| 1 | Rossi |
| 10 | Ruger |
| 1 | Russian |
| 1 | Savage |
| 1 | Special Weapons |

| (A) RIFLES CONTINUED | |
|---|---|
| QUANTITY | MANUFACTURE |
| 4 | Sig-Sauer |
| 1 | Stag Arms |
| 1 | Steyr |
| 4 | Springfield Armory |
| 1 | U.S.A. Military Surplus |
| 6 | Unknown Manufacture<br><br>(a) Serial Number 84564,<br>(b) Serial Number X2611,<br>(c) Serial Number 1973 G,<br>(d) Serial Number 40894,<br>(e) Serial Number 27132 and<br>(f) Serial Number AA6371 |
| 1 | Valtro Stocchetta, S.R.L. |
| 1 | Vector Arms, Incorporated |
| 1 | Winchester |

(B) 78 Shotguns

| QUANTITY | MANUFACTURE |
|---|---|
| 5 | Benelli |
| 2 | Beretta |
| 1 | Brescia Armas |
| 1 | Browning |
| 1 | Connecticut Arms & MFG., Co. |
| 4 | Franchi |
| 1 | FNH USA, Incorportated |
| 1 | Gaucher Armes S.A. |
| 1 | Harrington & Ricardsson |
| 2 | High Standard |
| 3 | Ithaca Gun Company |
| 2 | Izhmash (IMEZ) |
| 1 | Keltech, CNC Industries, Inc. |
| 22 | Mossberg |
| 1 | New England Firearms |

| (B) SHOTGUNS CONTINUED | |
|---|---|
| QUANTITY | MANUFACTURE |
| 2 | Savage |
| 16 | Remington |
| 4 | Unknown Manufacture<br><br>(a) No Serial Number,<br>(b) No Serial Number,<br>(c) Serial Number R2917 and<br>(d) Serial Number 9304225 |
| 1 | US Repeating Arms Company |
| 1 | Western Arms Company |
| 1 | Wilson Combat |
| 5 | Winchester |

(C) 418 Handguns

| QUANTITY | MANUFACTURE |
|---|---|
| 2 | American Derringer Co., |
| 5 | Arcadia Machine & Tool "AMT" |
| 3 | Astra |
| 28 | Beretta USA |
| 13 | Beretta Pietro |
| 1 | Bond Arms Inc., |
| 3 | Browning |
| 3 | Bushmaster Firearms |
| 4 | Caracal International LLC., |
| 3 | Ceska Zbrojovka "CZ" |
| 2 | Charter Arms |
| 1 | Chiappa Firearms LTD., |
| 1 | Chinese |
| 15 | Colt |
| 2 | Detonics, New Detonics MFG., Corp., |

| (C) HANDGUNS CONTINUED | |
|---|---|
| QUANTITY | MANUFACTURE |
| 2 | Daewoo |
| 2 | Diamond Back Arms, Inc., |
| 1 | Downsizer Corp., |
| 3 | FEG |
| 3 | FNH, USA LLC., |
| 8 | FN Herstal "FN" |
| 44 | Glock |
| 3 | Harrington & Richardson |
| 20 | Heckler & Koch |
| 6 | High Standard |
| 1 | HM Gering |
| 1 | Indian Arms Corp., |
| 1 | Intratec |
| 1 | Interarms |
| 1 | Jennings Firearms |

| (C) HANDGUNS CONTINUED | |
|---|---|
| QUANTITY | MANUFACTURE |
| 1 | JLD Enterprises |
| 9 | Israel Weapons Industries |
| 1 | Iver Johnson |
| 5 | Kahr Arms |
| 1 | KBI, Inc., |
| 1 | Kimber |
| 1 | Lone Wolf R & D LLC., |
| 1 | Luger |
| 4 | L.W. Seecamp |
| 1 | Makarov |
| 4 | Mauser |
| 1 | Microtech Small Arms Research |
| 3 | MIL Inc., |
| 2 | Norinco |
| 6 | North American Arms |

| (C) HANDGUNS CONTINUED | |
|---|---|
| **QUANTITY** | **MANUFACTURE** |
| 1 | Norton Armament Corp., |
| 1 | Poland |
| 2 | Primary Weapon Systems "PWS" |
| 1 | Radom |
| 1 | Rheinische Metallwaren Und Maschinenfabrik |
| 1 | RPB Industries |
| 3 | Romarm Cugir |
| 25 | Ruger |
| 1 | Sauer, J.P., (Sauer & Sohn) |
| 1 | Savage |
| 80 | Smith & Wesson |
| 38 | Sig Sauer |
| 1 | Sites S.P.A. |
| 1 | Spreewerk |
| 8 | Springfield Armory |

| (C) HANDGUNS CONTINUED | |
|---|---|
| QUANTITY | MANUFACTURE |
| 2 | Star |
| 1 | Tanfoglio |
| 3 | Taurus |
| 1 | Thompson Center Arms, Co., |
| 1 | Unknown Manufacture<br>(a) Serial Number 12-0004991 |
| 18 | Walther |
| 1 | Webley, Webley & Scott |
| 1 | Wilson Combat |
| 1 | Zastava |

(D) Approximately 25,849 rounds of miscellaneous caliber ammunition.

Pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 924(d), and the procedures outlined at Title 21, United States Code, Section 853.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

JOSE ANTONIO QUINTANA,

Defendant.
_____/

CASE NO. 12-80150-CR-RYSKAMP/HOPKINS

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami ___ Key West
___ FTL _X_ WPB ___ FTP

New Defendant(s)    Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   NO
   List language and/or dialect  _____

4. This case will take  3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days       _X_          Petty     ___
   II   6 to 10 days      ___          Minor     ___
   III  11 to 20 days     ___          Misdem.   ___
   IV   21 to 60 days     ___          Felony    _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)  NO
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  YES
   If yes:
   Magistrate Case No.  12-mj-08260-DLB
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _X_ No

ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 0772321

*Penalty Sheet(s) attached                                          REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO. 12-80150-CR-RYSKAMP/HOPKINS

**Defendant's Name:** JOSE ANTONIO QUINTANA

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Dealing in firearms without a license | 18 U.S.C. 922(a)(1)(A) | 5 years' imprisonment; $250,000.00 fine; up to 3 years' supervised release; $100 Special Assessment |
|  | Criminal Forfeiture |  |  |