UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, }
        Petitioner, }    CASE NO.: 12-08260-MJ-DLB
}
v. }    WAIVER OF ARRAIGNMENT
}
JOSE ANTONIO QUINTANA }
        Defendant. }
_____ }

    I hereby acknowledge that I am the defendant named above and (1) that I have received a copy of the information in the above-captioned case; (2) that I understand I have the right to appear personally at my arraignment pursuant to Rule 43 of the Federal Rules of Criminal Procedure, and that I have the right to have the indictment or information read to me in open court pursuant to Rule 10 of the Federal Rules of Criminal Procedure; (3) that I have discussed the charge(s) in the indictment or information and the waiver of appearance at arraignment with my attorney and I fully understand the nature of the offense(s) charged and my right to appear at arraignment; and (4) that counsel has advised me of the maximum penalties provided for the offenses with which he is charged.

    Understanding my rights and with the advice and consent of counsel, I do hereby freely and voluntarily waive my right to be present at my arraignment on the indictment or information and my right to have it read to me in open court. As evidenced by my signature below, I do hereby waive formal arraignment and enter my plea of NOT GUILTY to the indictment or information.

    The defendant does request a jury trial on all counts.

EXECUTED on this 13th day of August, 2012.

                                                      /s/ *signature*
                                                      JOSE ANTONIO QUINTANA

Respectfully submitted,

SUSY RIBERO-AYALA, P.A.
2525 Ponce De Leon Blvd, Ste 300
Coral Gables, Florida 33134
Telephone:     (305) 854-4711
Facsimile:     (305) 468-6197
Email: Susy@RiberoAyalaLaw.com

S/SUSY RIBERO-AYALA

By: _____
SUSY RIBERO-AYALA, Esquire
Florida Bar Number: 993352