# CRIMINAL COURT MINUTES

## U.S. Magistrate Judge JAMES M. HOPKINS

Courtroom Number # 2, 4TH FLOOR        Date: 8/14/12        Time: 10:00 A.M.

Defendant: JOSE ANTONIO QUINTANA (B)    J#: 00280-104       Case #: 12-80150-Cr-Ryskamp
AUSA: ADAM MCMICHAEL  Stephen Carlton  Attorney: SUSY ELENA RIBERO-AYALA (RET.)
Violation: 18:922(a)(1)(A)                                   Agent: ATF
Proceeding: ARRAIGNMENT status      CJA Appt:
Bond/PTD Held: ☐ Yes    ☐ No    Recommended Bond:
Bond Set at: $200,000 PSB SECURED (JMH)    Co-signed by: WIFE & BROTHER –IN-LAW

- [x] All standard conditions
- [x] Surrender and/or do not obtain passport/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services and/or treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: ENGLISH

Disposition:
DEFENSE COUNSEL PRESENT OVER THE PHONE
DEFENSE COUNSEL ADVISED THE COURT THAT A WAIVER OF APPEARANCE WAS FILED IN THE MAGISTRATE CASE.
HEARING RESET TO ALLOW THE DEFENDANT TO APPEAR IN COURT
DEFENDANT WAIVES SPEEDY TRIAL FOR THE PERIOD OF 8/14 THROUGH 8/23.

FILED by ___ D.C.
AUG 1 4 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. OF FLA. - W.P.B.

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| ~~Prelim~~/Arraign ~~or Removal:~~ | 8/23/12 | 10AM | DUTY | WPB |
| Status Conference RE: | | | | |

D.A.R. 10:07:42                                Time in Court: 5 MINS

Courtroom Deputy: Tanya McClendon