TO: THE HONORABLE KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. JOSE ANTONIO QUINTANA

CASE NO. 12-80150-Cr-Ryskamp

FILED by ___ D.C.
SEP 21 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

THIS CAUSE came on for Pre-Trial Status Conference on September 21, 2012.

The parties report as follows

__✓__ There are no pending motions for pre-trial determination

_____ The following motions are pending before the assigned Magistrate Judge:

_____

_____

_____

_____ The following motions are pending and appropriate for resolution by the District Court at time of trial:

_____

_____

_____

__✓__ There are no discovery problems.

__✓__ The case is likely to settle by plea.

_____ The case is ready for trial and not likely to settle by plea.

__✓__ The parties estimate trial will take __5__ days to complete.

__✓__ Other comments: Defense just received 7 CD's of discovery. Defense requests additional time to review discovery with client.

Respectfully submitted,

_William Matthewman_
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

cc: District Judge
    U.S. Attorney's Office
    Defendant