UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 12-80150 CR RYSKAMP

UNITED STATES OF AMERICA,

        plaintiff,

vs.

Jose Quintana

        defendant.
_____/

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the defendant's change of plea hearing is referred to United States Magistrate Judge James M. Hopkins.

**DONE AND ORDERED** in Chambers at the United States District Courthouse, West Palm Beach, Florida, this __16__ day of October, 2012.

                                      /s/ Kenneth L. Ryskamp
                                      **KENNETH L. RYSKAMP**
                                      UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge James M. Hopkins
        counsel of record