UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-80150-CR-RYSKAMP

UNITED STATES OF AMERICA,

v.

JOSE ANTONIO QUINTANA,

Defendant.

_____/

## NOTICE OF PERMANENT APPEARANCE

COMES NOW, JEFFREY S. WEINER, P.A., Attorneys at Law, Two Datran Center, Suite 1910, 9130 South Dadeland Boulevard, Miami, Florida 33156-7858 and hereby files this Notice of Permanent Appearance as attorney of record for the Defendant, JOSE ANTONIO QUINTANA during the pendency of this case in the District Court.

IT IS HEREBY requested that the Clerk of this Court hereafter forward to the undersigned copies of all pleadings filed in the above-captioned matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using CM/ECF system which will

send a notice electronically to all counsel of record this 18 day of October, 2012.

        Respectfully submitted,

        JEFFREY S. WEINER, P.A.
         Attorneys at Law
        Two Datran Center, Suite 1910
        9130 South Dadeland Blvd.
        Miami, Florida 33156-7858
        305 670-9919
        305 670-9299 Fax
        lawfirm@jeffweiner.com

By:   */s/Jeffrey S. Weiner*
       JEFFREY S. WEINER, ESQUIRE
       Florida Bar No. 185214