UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>12-80150-CR-RYSKAMP/HOPKINS</u>(s)
18 U.S.C. § 922(a)(1)(A)

FILED by _____ D.C.

NOV 08 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA

v.

JOSE ANTONIO QUINTANA,

Defendant.
_____/

## SUPERSEDING INFORMATION

The United States Attorney charges that:

Beginning at least as early as November 2008, the exact date being unknown, and continuing through on or about July 7, 2012, in West Palm Beach and Broward Counties in the Southern District of Florida and elsewhere, the defendant,

### JOSE ANTONIO QUINTANA,

did willfully engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D).

## CRIMINAL FORFEITURE

Upon conviction of the violation alleged in this Information, the defendant **JOSE ANTONIO QUINTANA,** shall forfeit to the United States any firearm or ammunition involved in or used in said violation, including, but not limited to, the following:

(A)   96 Rifles, more or less:

| QUANTITY | MANUFACTURE |
|---|---|
| 1 | 74U, LLC., |
| 1 | Arsenal Company, Bulgaria |
| 1 | Beretta |
| 1 | Browning |
| 7 | Bushmaster Firearms |
| 4 | Century Arms International |
| 4 | Colt |
| 1 | DC Industries |
| 2 | DSA, Incorporated |
| 1 | Federal Laboratories |
| 2 | FN Herstal (F.N.) |
| 1 | FNH USA, LLC., |
| 2 | Heckler and Koch |
| 1 | Israel Weapons Industries |

| (A) RIFLES CONTINUED | |
|---|---|
| QUANTITY | MANUFACTURE |
| 2 | ITM Arms Co., |
| 2 | Izhmash (IMEZ) |
| 1 | Keltech, CNC Industries, Inc. |
| 8 | Marlin Firearms Company |
| 4 | Microtech Small Arms Research |
| 2 | Norinco |
| 1 | Olympic Arms, Incorporated |
| 5 | Remington Arms Company |
| 2 | Rock River Arms, Incorporated |
| 1 | Roggio Arsenal |
| 2 | Romarm Cugir |
| 1 | Rossi |
| 12 | Rugar |
| 1 | Russian |
| 1 | Savage |

| (A) RIFLES CONTINUED | |
|---|---|
| **QUANTITY** | **MANUFACTURE** |
| 1 | Special Weapons |
| 4 | Sig-Sauer |
| 1 | Stag Arms |
| 1 | Steyr |
| 5 | Springfield Armory |
| 1 | U.S.A. Military Surplus |
| 6 | Unknown Manufacture<br><br>(a) Serial Number 84564,<br>(b) Serial Number X2611,<br>(c) Serial Number 1973 G,<br>(d) Serial Number 40894,<br>(e) Serial Number 27132 and<br>(f) Serial Number AA6371 |
| 1 | Vector Arms, Incorporated |
| 2 | Winchester |

4

(B) 79 Shotguns, more or less

| QUANTITY | MANUFACTURE |
|----------|-------------|
| 5 | Benelli |
| 2 | Bretta |
| 2 | Brescia Armas |
| 1 | Browning |
| 1 | Connecticut Arms & MFG., Co. |
| 4 | Franchi |
| 1 | FNH USA, Incorportated |
| 1 | Gaucher Armes S.A. |
| 1 | Harrington & Ricardsson |
| 2 | High Standard |
| 3 | Ithaca Gun Company |
| 2 | Izhmash (IMEZ) |
| 22 | Mossberg |
| 1 | New England Firearms |

| (B) SHOTGUNS CONTINUED | |
|---|---|
| QUANTITY | MANUFACTURE |
| 2 | Savage |
| 16 | Remington |
| 4 | Unknown Manufacture<br><br>(a) No Serial Number,<br>(b) No Serial Number,<br>(c) Serial Number R2917 and<br>(d) Serial Number 9304225 |
| 1 | US Repeating Arms Company |
| 1 | Valtro Stocchetta, S.R.L. |
| 1 | Western Arms Company |
| 1 | Wilson Combat |
| 5 | Winchester |

(C) 418 Handguns, more or less

| QUANTITY | MANUFACTURE |
|:---:|:---:|
| 2 | American Derringer Co., |
| 5 | Arcadia Machine & Tool "AMT" |
| 3 | Astra |
| 29 | Beretta USA |
| 13 | Beretta Pietro |
| 1 | Bond Arms Inc., |
| 3 | Browning |
| 3 | Bushmaster Firearms |
| 4 | Caracal International LLC., |
| 3 | Ceska Zbrojovka "CZ" |
| 2 | Charter Arms |
| 1 | Chiappa Firearms LTD., |
| 1 | Chinese |
| 15 | Colt |
| 3 | Detonics, New Detonics MFG., Corp., |

| (C) HANDGUNS CONTINUED | |
|---|---|
| QUANTITY | MANUFACTURE |
| 2 | Daewoo |
| 2 | Diamond Back Arms, Inc., |
| 1 | Downsizer Corp., |
| 3 | FEG |
| 3 | FNH, USA LLC., |
| 8 | FN Herstal "FN" |
| 45 | Glock |
| 3 | Harrington & Richardson |
| 20 | Heckler & Koch |
| 6 | High Standard |
| 1 | HM Gering |
| 1 | Indian Arms Corp., |
| 1 | Intratec |
| 1 | Interarms |
| 1 | Jennings Firearms |

| (C) HANDGUNS CONTINUED | |
|---|---|
| QUANTITY | MANUFACTURE |
| 1 | JLD Enterprises |
| 9 | Israel Weapons Industries |
| 1 | Iver Johnson |
| 5 | Kahr Arms |
| 1 | KBI, Inc., |
| 1 | Kimber |
| 1 | Lone Wolf R & D LLC., |
| 1 | Luger |
| 4 | L.W. Seecamp |
| 1 | Makarov |
| 4 | Mauser |
| 3 | MIL Inc., |
| 1 | Norinco |
| 7 | North American Arms |
| 1 | Norton Armament Corp., |

| (C) HANDGUNS CONTINUED | |
|---|---|
| QUANTITY | MANUFACTURE |
| 1 | Poland |
| 2 | Primary Weapon Systems "PWS" |
| 1 | Radom |
| 1 | Rheinische Metallwaren Und Maschinenfabrik |
| 1 | RPB Industries |
| 2 | Romarm Cugir |
| 24 | Rugar |
| 1 | Sauer, J.P., (Sauer & Sohn) |
| 1 | Savage |
| 80 | Smith & Wesson |
| 37 | Sig Sauer |
| 1 | Sites S.P.A. |
| 1 | Spreewerk |
| 7 | Springfield Armory |
| 2 | Star |

| (C) Handguns Continued | |
|---|---|
| Quantity | Manufacture |
| 1 | Stinger MFG Corp., |
| 1 | Tanfoglio |
| 3 | Taurus |
| 1 | Thompson Center Arms, Co., |
| 1 | Unknown Manufacture (a) Serial Number 12-0004991 |
| 1 | Vector Arms, Inc., |
| 18 | Walther |
| 1 | Webley, Webley & Scott |
| 1 | Wilson Combat |
| 1 | Zastava |

(D)   25,889 rounds, more or less of miscellaneous caliber ammunition.

11

Pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 924(d), and the procedures outlined at Title 21, United States Code, Section 853.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY

12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. ___12-80150-CR-RYSKAMP/HOPKINS (s)___ |
|---|---|

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

JOSE ANTONIO QUINTANA,

_____
Defendant.                        /

**Superseding Case Information:**

**Court Division**: (Select One)

| ___ Miami | ___ Key West |
|---|---|
| ___ FTL  _X_ WPB | ___ FTP |

New Defendant(s)          Yes _____  No _____
Number of New Defendants
Total number of counts        _____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)      NO
    List language and/or dialect    _____

4.  This case will take     3     days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                                    (Check only one)

| I   | 0 to 5 days     | _X_    | Petty   | _____ |
|-----|-----------------|--------|---------|--------|
| II  | 6 to 10 days    | _____ | Minor   | _____ |
| III | 11 to 20 days   | _____ | Misdem. | _____ |
| IV  | 21 to 60 days   | _____ | Felony  | _X_    |
| V   | 61 days and over| _____ |         |        |

6.  Has this case been previously filed in this District Court? (Yes or No)    NO
    If yes:
    Judge: _____    Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?     (Yes or No)    YES
    If yes:
    Magistrate Case No.      12-mj-08260-DLB
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No)    NO

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  _____ Yes  _X_ No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____ Yes  _X_ No

_____
ADAM C. MCMICHAEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 0772321

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO.  12-80150-CR-RYSKAMP/HOPKINS(s)

Defendant's Name:    Jose Antonio Quintana

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Unlawful sale of firearms | 18:922(a)(1)(A)<br>18:924(a)(1)(D) | 5 years<br>$250,000 fine<br>SR:  3 years<br>$100 Special Assessment |
|  | Forfeiture |  |  |